William M. Zimmerman, State Bar No. 126531
Lori S. DeCristo, State Bar No. 136756
**PISEGNA & ZIMMERMAN  LLC**
5170 North Sepulveda Boulevard
Suite 230
Sherman Oaks, California 91403
Telephone (818) 377-2200

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTINE ANNE CARY, | CASE NO.: 2:20-cv-04866-KK |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERD that EAJA fees are awarded in the amount of THREE THOUSAND EIGHT HUNDRED FORTY-TWO AND SEVENTY-FIVE CENTS ($3,842.75) and FOUR HUNDRED DOLLARS ($400.00) in costs, subject to the terms of the stipulation.

DATED: July 21, 2021

_____
HON. KENLY KIYA KATO
U.S.  MAGISTRATE JUDGE